

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 22, 2021

**VIA E-Mail**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Gregory Draine,* **21 Mag. 10883**

Dear Judge Krause:

    In light of the arrest of the defendant in the above-titled matter, the Government respectfully requests that the Complaint and related arrest warrant be unsealed.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: November 23, 2021

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Qais Ghafary
Assistant United States Attorney
Tel: (914) 993-1930

Cc:  Benjamin Gold, Esq. (via E-mail )